IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOS GILBERT LAW, | ) | 1:07cv1071 LJO DLB |
| | ) | |
| | ) | ORDER DIRECTING PLAINTIFF TO |
| | ) | SUBMIT PRISON TRUST ACCOUNT |
| | ) | STATEMENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ANTHONY GREEN, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U. S. C. § 1983 together with an application to proceed in forma pauperis pursuant to 28 U. S. C. § 1915. However, Plaintiff failed to submit a copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U. S. C. § 1915(a)(2). Plaintiff will be provided the opportunity to either pay the $350.00 filing fee or submit a certified copy of his trust account statement in support of his request to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that within thirty (30) days of the date of service of this order, Plaintiff shall submit a certified copy of his prison trust account statement for the entire six month period immediately preceding the filing of the complaint, or in the

1

1 alternative, pay the $350.00 filing fee for this action. Plaintiff's failure to comply with this order will
2 result in a recommendation that this action be dismissed.

4    IT IS SO ORDERED.

5    **Dated:  July 31, 2007**             **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE