# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOS GILBERT LAW, | ) | 1:07cv1071 LJO DLB |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS |
| | ) | AND RECOMMENDATION |
| v. | ) | |
| | ) | (Document 8) |
| ANTHONY GREEN, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Carlos Gilbert Law ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action.

On September 14, 2007, the Magistrate Judge issued Findings and Recommendation that the complaint be DISMISSED WITHOUT LEAVE TO AMEND for failure to state a claim for which relief may be granted. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. No party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued September 14, 2007, is ADOPTED IN FULL; and

2. The complaint is DISMISSED WITHOUT LEAVE TO AMEND.

This terminates this action in its entirety. The clerk is directed to close this action.

IT IS SO ORDERED.

**Dated:   October 22, 2007**         /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE